U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Federal Insurance Company<br>v.<br>Parkway Bancorp, Inc.; Parkway Bank & Trust, Co.; Rocco Suspenzi; Jeffrey Suspenzi; The Suspenzi Family Corporation; Connie Payton; Myoung Hwa Bae; Ronald Blackstone; Sandra Degnan; Maureen S. Flaherty; Albert W. Johnson; Althea Knowles; Elizabeth Lucas; Joan S. Morrissey; Maureen J. Obermeier; Ernest J. Ojeda; Rudolph Rodriquez; Kathryn V. Shannon; Arthur J. Smith, Sr.; Lester McKeever, Jr.; and Walter Grady, | FILED: APRIL 16, 2008<br>08CV2185        AEE<br>JUDGE MORAN<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Federal Insurance Company

| NAME (Type or print) |
|---|
| James H. Kallianis, Jr. |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ James H. Kallianis, Jr. |

| FIRM |
|---|
| Meckler Bulger & Tilson LLP |

| STREET ADDRESS |
|---|
| 123 N. Wacker Drive, Suite 1800 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06207178 | (312) 474-7900 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ] | NO [X] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ]