U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Federal Insurance Company<br>v.<br>Parkway Bancorp, Inc., Parkway Bank & Trust Co., Rocco Suspenzi, Jeffrey Suspenzi, The Suspenzi Family Corporation, Connie Payton, Myoung Hwa Bae, Ronald Blackstone, et al. | Case Number: 08 CV 2185 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Parkway Bancorp, Inc., Parkway Bank & Trust Co., Rocco Suspenzi and The Suspenzi Family Corporation

| |
|---|
| NAME (Type or print)<br>William S. Porterfield |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/ William S. Porterfield |
| FIRM<br>Barack Ferrazzano Kirschbaum & Nagelberg LLP |
| STREET ADDRESS<br>200 W. Madison Street, Suite 3900 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>03125510 | TELEPHONE NUMBER<br>(312) 984-3100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐