U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 2185 |
|---|---|

Federal Insurance Company
v.
Parkway Bancorp, Inc., Parkway Bank & Trust Co., Rocco Suspenzi, Jeffrey Suspenzi, The Suspenzi Family Corporation, Connie Payton, Myoung Hwa Bae, Ronald Blackstone, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Parkway Bancorp, Inc., Parkway Bank & Trust Co., Rocco Suspenzi and The Suspenzi Family Corporation

| NAME (Type or print) |
|---|
| Roger H. Stetson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Roger H. Stetson |
| FIRM |
| Barack Ferrazzano Kirschbaum & Nagelberg LLP |
| STREET ADDRESS |
| 200 W. Madison Street, Suite 3900 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06279862 | (312) 984-3100 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✔ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✔ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐